# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Joaquin Sarria Debtor(s) | Bankruptcy Case No.: 09-33694<br>Chapter: 7 |
| Discover Bank Plaintiff(s)<br>vs.<br>Joaquin Sarria Defendant(s) | Adversary Proceeding No. 10-03029 |

### SUMMONS AND NOTICE OF STATUS CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 235 Pine Street, 19th floor
> Post Office Box 7341
> San Francisco, CA 94120

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Jerome A. Yelsky
> Weinstein and Riley
> 12100 Wilshire Blvd. #1100
> Los Angeles, CA 90025

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| DATE: April 30, 2010 | TIME: 01:30 PM |
|---|---|
| LOCATION: U.S. Bankruptcy Court, 235 Pine St. 22nd Fl., San Francisco, CA 94104 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 2/26/10

Da'Wana L. Chambers
Deputy Clerk

CERTIFICATE OF SERVICE

I, _____Angela B Nazario_____, certify that I am, and at all times during
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons and a copy of the complaint was ____03/03/2010____ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Joaquin Sarria, 71 Alta Vista Way, Daly City, CA 94014
Julio J Ramos, Esq., 35 Grove St. #107, San Francisco, CA 94102

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☒ State Law: The defendant was served pursuant to the laws of the State ____California____,
as follows: [Describe briefly] (name of state)

Via US Mail

Under penalty of perjury, I declare that the foregoing is true and correct.

March 5, 2010
Date                                                     Signature

Print Name
Weinstein & Riley, PS
Business Address
14 Penn Plaza, Suite 1300
City                                State           Zip
New York                            NY              10122