| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WEINSTEIN & RILEY, P.S.<br>Jerome A. Yelsky – SBN 75240<br>Of Counsel<br>12100 Wilshire Blvd, Suite 1100<br>Los Angeles, CA 90025<br><br>Telephone: 310-820-6529<br>Facsimile: 310-826-2321<br><br>Attorneys for Plaintiff |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Joaquin Sarria,<br><br><br>         Debtor(s). | Chapter 7<br><br>Bankruptcy No. 09-33694 DM<br><br>Adversary Case No. 10-03029<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>**STATEMENT** |
| Discover Bank, Issuer of the Discover Card<br><br>         Plaintiff,<br>   vs.<br>Joaquin Sarria,<br><br><br>         Defendant(s). | DATE: 4/30/2010<br><br>TIME: 1:30 PM<br><br>CTRM: 22 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DENNIS MONTALI:

1.   Service of the Summons and Complaint was executed on 3/3/2010.

2.   To date, Defendant has not filed an answer.

Case Management Conference Statement – 2

3. This case has been settled for $2,000.00, payable at $100.00 per month, due on or before the 20th of each month, beginning 5/20/2010. A stipulation of settlement is circulating between the parties.

4. Plaintiff will request a further Status Conference in approximately thirty (30) days to allow filing of settlement documents.

Dated: April 19, 2010                    WEINSTEIN & RILEY, P.S


                                         By: __/S/ Jerome A Yelsky__
                                            Jerome A Yelsky
                                            Attorneys for Plaintiff
.

Case Management Conference Statement – 2

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, Suite 1100, Los Angeles, California 90025.

On April 19, 2010, I served the foregoing document described as:  **CASE MANAGEMENT CONFERENCE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Joaquin Sarria
> 71 Alta Vista Way
> Daly City, CA 94014
>
> Julio J Ramos
> Attorney At Law
> 35 Grove St #107
> San Francisco, CA 94102

BY MAIL I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. Executed on April 19, 2010 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
/S/ Heidy Valdes

Heidy Valdes