| | |
|---|---|
| 1 | WEINSTEIN & RILEY, P.S.<br>Jerome A. Yelsky – SBN 75240<br>Of Counsel |
| 2 | 12100 Wilshire Blvd, Suite 1100<br>Los Angeles, CA 90025 |

**FILED**

MAY − 5 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Telephone: 310-820-6529
Facsimile: 310- 826-2321

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Joaquin Sarria,<br><br>    Debtor(s). | Chapter 7<br><br>Bankruptcy No. 09-33694 DM<br><br>Adversary Case No. 10-03029<br><br>NOTICE OF PRODUCTION OF DOCUMENTS |
| Discover Bank, Issuer of the Discover Card<br>    Plaintiff,<br>vs.<br>Joaquin Sarria,<br>    Defendant(s). | TRIAL DATE: 7/6/2010<br><br>TIME: 9:30AM<br><br>CTRM: 22 |

DEMANDING PARTY:     Plaintiff, Discover Bank, Issuer of the Discover Card

RESPONDING PARTY:     Defendant(s)/Debtor(s) Joaquin Sarria,

Demand is hereby made, pursuant to Bankruptcy Rule 7034 and Federal Rules of Civil Procedure 34, that Defendant(s) Joaquin Sarria produce and permit inspection and copying of the documents described below. The place of inspection shall be at the Law Offices of Weinstein & Riley, P.S., 12100 Wilshire Boulevard, Suite 1100, Los Angeles, California 90025. The time for such inspection shall be TIME: 9:30AM on DATE: 7/6/2010.

Plaintiff will accept photocopies of original documents in lieu of an appearance received by this office via U.S. Mail on or before the date indicated hereinabove.

1. Any and all documentation verifying payments made on loans or installment purchases of goods or services to any creditor identified on Schedule F commencing 180 days prior to the filing of the Chapter 7 Petition.

2. All personal and/or commercial checking and/or money market account bank statements for the period of time 180 days preceding the actual filing of the Chapter 7 petition.

DATED: May 4, 2010,    WEINSTEIN & RILEY, P.S.

By:    /s/ Jerome A. Yelsky
       Jerome A. Yelsky, Of Counsel
       Attorneys for Plaintiff

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am a resident and employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 12100 Wilshire Blvd., Suite 1100, Los Angeles, CA 90025.

On **May 4th**, 2010, I served the foregoing **NOTICE OF PRODUCTION OF DOCUMENTS** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Julio J. Ramos
Attorney At Law
35 Grove St #107
San Francisco, CA 94102

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the law of the State of California, that the foregoing is true and correct.

Executed on **May 4th**, 2010, at Los Angeles, California.

Rocio Sanchez