WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky – SBN 75240
Of Counsel
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025

Telephone: 310-820-6529
Facsimile: 310-826-2321
Attorneys for Plaintiff

**FILED**
MAY – 5 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ECF Non-Exempt

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Joaquin Sarria,<br><br>Debtor.<br><br><br>Discover Bank, Issuer of the Discover Card<br><br>      Plaintiff,<br>vs.<br><br>Joaquin Sarria,<br><br>      Defendant. | Chapter 7<br><br>Bankruptcy No. 09-33694 DM<br><br>Adversary Case No. 10-03029<br><br>INTERROGATORIES |

DEMANDING PARTY:      Plaintiff Discover Bank, Issuer of the Discover Card

RESPONDING PARTY:      Defendant/Debtor Joaquin Sarria,

    Plaintiff Discover Bank, Issuer of the Discover Card, herein requests that Defendant Joaquin Sarria answer the following Interrogatories, under oath within thirty-five (35) days from the date of service pursuant to Bankruptcy Rule 7033 and Federal Rules of Civil Procedure 33.

## INSTRUCTIONS

    These Interrogatories are continuing in nature so as to require supplemental answers should further or different information be obtained prior to trial or hearing.

Where the name or identity of a person is requested, please state such person's full name, home address and business address, if known.

Unless otherwise indicated, these Interrogatories refer to the time, place, and circumstances of the occurrence mentioned or complained of in the Complaint To Determine Dischargeability.

Where knowledge or information of a party is requested, such request includes knowledge of such party's agent(s), representative(s) and, unless privileged, his/her attorney(s).

The pronoun "you" or "your" refers to the party to whom these Interrogatories are addressed, plus those person(s) listed herein above.

INTERROGATORY NUMBER 1:

If your total monthly income from all sources during any of the twelve months immediately preceding the filing of your Bankruptcy Petition differed from the monthly income stated in Schedule I, describe all such differences.

INTERROGATORY NUMBER 2:

As compared with the monthly income stated in Schedule I, describe any anticipated but unrealized income you expected to receive in the twelve month period immediately preceding the filing of your Bankruptcy Petition, the source(s) thereof, and the basis upon which you anticipated the additional income.

INTERROGATORY NUMBER 3:

If your total monthly expenses during any of the twelve months immediately preceding the filing of your Bankruptcy Petition differed from the expenses stated in Schedule J, describe all such differences.

INTERROGATORY NUMBER 4:

As compared with the assets shown on Schedules A and B, identify and describe any change (increase or decrease) in your asset (value and ownership interest) in each of the twelve months immediately preceding the filing of your Bankruptcy Petition.

INTERROGATORY NUMBER 5:

State the date you first met with the attorney representing you in this bankruptcy case, the date(s) you paid him for services rendered in connection with your Chapter 7 petition, and the source of funds used to make such payment(s).

INTERROGATORY NUMBER 6:

Other than the attorney currently representing you in this bankruptcy case, identify any person(s) or entity you contacted concerning debt, collection efforts of creditors, credit counseling or bankruptcy in the twelve month period immediately preceding your bankruptcy filing, and indicate the date(s) of each such contract.

INTERROGATORY NUMBER 7:

Identify each person you intend to refer to at trial and/or call as a witness at trial to offer testimony on your behalf, and identify the subject matter and general substance of the expected testimony of each.

INTERROGATORY NUMBER 8:

Identify each document and exhibit you intend to introduce or refer to at trial in support of your defense of this adversary proceeding.

INTERROGATORY NUMBER 9:

If you have responded to any of Plaintiff's Request for Admissions served upon you simultaneously with these Interrogatories with anything other than an unqualified admission, state separately by the number of each Request for Admission to which a denial was given, the factual basis for the denial of that Request, and identify all persons who have personal knowledge of the facts supporting each denial.

INTERROGATORY NUMBER 10:

Describe any interruption or change in your employment status during the twelve month period immediately preceding the filing of your Bankruptcy Petition, the names of your employer(s) during that twelve month period, and your current employment status.

**INTERROGATORY NUMBER 11:**

For each charge listed on Exhibit "A", what source of funds did you intend to use to repay the debt?

**INTERROGATORY NUMBER 12:**

What circumstances necessitated your Chapter 7 bankruptcy filing?

**INTERROGATORY NUMBER 13:**

Describe all occurrences in the twelve month period immediately preceding your bankruptcy filing which affected your ability to repay your debts as they became due.

**INTERROGATORY NUMBER 14:**

If you deny that the copies of the monthly activity statements which are attached hereto as Exhibit "A" are true and accurate compilations of the charges which you incurred on or about the dates which are reflected on the statements, describe each matter which you believe to be inaccurate.

**INTERROGATORY NUMBER 15:**

For each unsecured nonpriority debt listed on Schedule F that is credit, charge or line of credit debt, identify the credit limit, the account was opened, and the date and amount of the last payment made on each account.

**INTERROGATORY NUMBER 16:**

Describe the circumstances that prevented you from being able to repay Plaintiff the amount of the charges identified in the complaint.

**INTERROGATORY NUMBER 17:**

Assuming you intended to repay Plaintiff the amount of the charges identified in the complaint, what led you to believe that you would be able to do so at the time the charges were incurred?

**INTERROGATORY NUMBER 18:**

To the best of your ability, describe all contacts with creditors, creditors' agents and/or bill collectors in the twelve month period immediately preceding your bankruptcy filing in connection with past due and/or delinquent credit, charge or line of credit accounts.

**INTERROGATORY NUMBER 19:**

For each credit, charge or line of credit account from which you obtained cash advances during the twelve month period immediately preceding the filing of your Bankruptcy Petition, list the account number, date, amount, and use of the funds obtained through each cash advance.

**INTERROGATORY NUMBER 20:**

Identify all credit, charge, or line of credit account(s) for which you had available credit prior to making, the charges identified in Exhibit "A".

**INTERROGATORY NUMBER 21:**

Identify each check issued by you in the twelve month period immediately preceding he filing of your Bankruptcy Petition which was returned for insufficient funds, including the name of your bank, account number, payee, date of check, and the date the check was returned.

**INTERROGATORY NUMBER 22:**

Explain the reason for your denial, in your Answer to Plaintiff's Complaint, of the amount of your unsecured debt listed in Schedule F of your Bankruptcy Petition, which was completed and signed under oath.

**INTERROGATORY NUMBER 23:**

For each charge listed on Exhibit "A", identify each item of merchandise, entertainment, service or travel acquired by date of purchase, item purchased, price and reason for purchase.

**INTERROGATORY NUMBER 24:**

For each item identified in response to the previous Interrogatory, do you still have it, and if not, how did you dispose of it; if you gave it away or sold it, state the name and address of the person to whom you gave or sold it, their relationship to you, the date you gave or sole it to them, why you gave or sold it to them, and the amount you received if you sold it.

**INTERROGATORY NUMBER 25:**

Please describe in detail all the facts and law explaining the basis for all affirmative defenses.

DATED: May 4, 2010        WEINSTEIN & RILEY, P.S.

By:   /s/ Jerome A. Yelsky
      Jerome A. Yelsky, Of Counsel
      Attorneys for Plaintiff

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am a resident and employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 12100 Wilshire Blvd., Suite 1100, Los Angeles, CA 90025.

On May 4, 2010, I served the foregoing **INTERROGATORIES** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Julio J. Ramos
Attorney At Law
35 Grove St #107
San Francisco, CA 94102

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the law of the State of California, that the foregoing is true and correct.

Executed on May 4, 2010, at Los Angeles, California.

Rocio Sanchez