1  WEINSTEIN & RILEY, P.S.
   Jerome A. Yelsky – SBN 75240
2  Of Counsel
   12100 Wilshire Blvd, Suite 1100
3  Los Angeles, CA 90025

4  Telephone:  310-820-6529
   Facsimile:  310-826-2321
5

6  Attorneys for Plaintiff

7

**FILED** IA

**MAY – 5 2010**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | In Re: | Chapter 7 |
|---|---|---|
| 12 | Joaquin Sarria, | Bankruptcy No. 09-33694 DM |
| 13 | | Adversary Case No. 10-03029 |
| 14 | Debtor(s). | REQUESTS FOR ADMISSION |
| 15 | | |
| 16 | Discover Bank, Issuer of the Discover Card | TRIAL DATE: 7/6/2010 |
| 17 | Plaintiff, | TIME: 9:30AM |
| 18 | vs. | CTRM: 22 |
| 19 | Joaquin Sarria, | |
| 20 | Defendant(s). | |

21  DEMANDING PARTY:          Plaintiff Discover Bank, Issuer of the Discover Card,

22  RESPONDING PARTY:          Debtor(s)/Defendant(s) Joaquin Sarria,

23

24       Plaintiff Discover Bank, Issuer of the Discover Card, herein requests that

25  Debtor(s)/Defendant(s) Joaquin Sarria hereby admit(s) to the truthfulness of each of the facts set forth

26  below, under oath within thirty-five (35) days from the date of service pursuant to Bankruptcy Rule

27  7036 and Federal Rules of Civil Procedure 36.

28       The pronoun "you" or "your" refers to the party to whom these Requests for Admission are

addressed, plus those person(s) listed herein above.

Requests for Admission - 1

**PLEASE TAKE NOTICE THAT:** the matters shall be deemed admitted, unless, within 35 days after service of the Request, you serve upon the Plaintiff's counsel a written Answer or Objection.

A.    Admit or deny the following.

1.    Admit that you opened or authorized the opening of the account identified in the Complaint.

2.    Admit that you made, authorized, or allowed another to make the transactions shown on the attached account statements.

3.    Admit that you agreed to comply with the terms and conditions of the account agreement for this account.

4.    Admit that the terms and conditions of the account agreement calls for the payment of attorney fees and all costs expended in the collection of the account.

5.    Admit that you used your card in the transactions identified in the Complaint.

6.    Admit that any transactions which were not made by you, were made with your knowledge and authorization.

7.    Admit that you contemplated filing for bankruptcy prior to the charging activity identified in the Complaint.

8.    Admit that your total monthly expenses for each of the twelve (12) months immediately preceding the date you filed your Bankruptcy Petition were the same as the amount you listed in Schedule J.

9.    Admit that at the time you made the transactions identified in the complaint, you did not intend to make the payment(s) as required by the account agreement.

10.   Admit that at the time you made the transactions identified in the complaint, you did not have the financial ability to repay them as they became due, as required under the terms of the account agreement.

11.   Admit that by making the transactions identified on the complaint, you represented or impliedly represented to Plaintiff that you had the intent and financial ability to repay the amount as required by the account agreement.

Requests for Admission - 2

12. Admit that by making the transactions identified on the complaint, you represented or impliedly represented to Plaintiff that you had the intent and financial ability to repay the amount as required by the account agreement.

13. Admit that you do not dispute that Plaintiff justifiably relied on your representations of your intent and ability to repay the charges you incurred.

14. Admit that the charges at issue were incurred through false pretenses, false representation or actual fraud.

B. Admit that each of the following documents, attached to this Request, are genuine:

1. Monthly account statements Plaintiff mailed to you, copies of which are attached hereto as Exhibit "A".

Dated: May 4, 2010,

WEINSTEIN & RILEY, P.S.

By: /s/ Jerome A. Yelsky
Jerome A. Yelsky, Of Counsel
Attorneys for Plaintiff

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF LOS ANGELES )

I am a resident and employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 12100 Wilshire Blvd., Suite 1100, Los Angeles, CA 90025.

On May 4th, 2010, I served the foregoing **REQUESTS FOR ADMISSION** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Julio J. Ramos
Attorney At Law
35 Grove St #107
San Francisco, CA 94102

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the law of the State of California, that the foregoing is true and correct.

Executed on May 4th, 2010, at Los Angeles, California.

_____
Rocio Sanchez

| Account Holder Informaton | |
| --- | --- |
| **Account Holder 1** | **Account Holder 2** |
| Name: JOAQUIN SARRIA | Name: |
| Address: 71 ALTA VISTA WAY | Address: |
| City\State\Zip DALY CITY, CA 94014-1420 | City\State\Zip |
| SSN: ▓▓▓▓▓▓ | SSN: |

## Statement Facsimile

### Account Number: ▓▓▓▓▓▓▓-7514

| Statement Date: 11/26/2009 | | Current Balance: $3,142.24 | Credit Limit: $0.00 | | |
| --- | --- | --- | --- | --- | --- |

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/11/2009 | | 11/11/2009 | OLD NAVY #5520 COLMA CA | - | $113.89 |
| 11/11/2009 | | 11/11/2009 | FOOT LOCKER DALY CITY CA | - | $294.95 |
| 11/11/2009 | | 11/11/2009 | FOOTACTION DALY CITY CA | - | $98.31 |
| 11/11/2009 | | 11/11/2009 | MACY'S EAST #430 SAN FRANCISCOCA | - | $54.73 |
| 11/11/2009 | | 11/11/2009 | MACY'S EAST #430 SAN FRANCISCOCA | - | $99.20 |
| 11/01/2009 | | 11/01/2009 | THE HOME DEPOT 639 COLMA CA | - | $98.26 |
| 11/01/2009 | | 11/01/2009 | THE HOME DEPOT 639 COLMA CA | - | $175.20 |
| 11/01/2009 | | 11/01/2009 | KOHLS 0981 COLMA CA | - | $816.72 |
| 10/31/2009 | | 10/31/2009 | BEST BUY MHT SAN BRUNO CA | - | $526.10 |
| 10/31/2009 | | 10/31/2009 | BEST BUY MHT SAN BRUNO CA | - | $517.82 |
| 10/31/2009 | | 10/31/2009 | THE HOME DEPOT 639 COLMA CA | - | $347.06 |

Credit Card Statement - ▓▓▓▓▓▓▓-7514          File Date:          11/24/2009